UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BURT WENZEL,<br><br>       Plaintiff,<br><br>   v.<br><br>LEE RYKER,<br><br>       Defendant. | Case No. 11-cv-260-JPG |

### MEMORANDUM AND ORDER

This matter comes before the Court on the Report and Recommendation ("Report") (Doc. 67) of Magistrate Judge Philip M. Frazier recommending that the Court deny plaintiff Burt Wenzel's motion to waive the requirement that he exhaust his administrative remedies (Doc. 50) and grant defendant Lee Ryker's motion for summary judgment (Doc. 56).

The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3).  The Court must review *de novo* the portions of the report to which objections are made. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has received no objection to the Report.  The Court has reviewed the entire file and finds that the Report is not clearly erroneous.  Accordingly, the Court hereby:

- **ADOPTS** the Report in its entirety (Doc. 67);

- **DENIES** Wenzel's motion to waive the requirement that he exhaust his administrative remedies (Doc. 50)

- **GRANTS** defendant Lee Ryker's motion for summary judgment (Doc. 56);

- **DISMISSES without prejudice** Count A(i) against Ryker (a claim regarding placement in a double cell) and Count A(ii) (a claim against Ryker for interfering with his access to legal proceedings); and

- **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED:  July 27, 2012**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**
