UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BURT WENZEL,

    Plaintiff,

v.

LEE RYKER,

    Defendant.

Case No. 11-cv-260-JPG

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**DATED: July 27, 2012**    NANCY J. ROSENSTENGEL, Clerk of Court

    **s/Brenda K. Lowe, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
    **J. PHIL GILBERT**
    **DISTRICT JUDGE**